UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

| | | |
|---|---|---|
| ROBERT JOSEPH FORLENZA | ) | Case No. 08-14765 HRT |
| LISA ANN FORLENZA | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING STIPULATION

THIS MATTER having come before the Court on the parties Stipulation, the Court, having reviewed the Stipulation, and the Court being otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the Stipulation is approved and that the documents listed in the Stipulation are made part of the record on appeal.

DONE this 20th day of April, 2009

BY THE COURT:

_Howard Tallman_
U.S. Bankruptcy Court Judge