IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00777-WYD

IN RE:   ROBERT JOSEPH FORLENZA
         LISA ANN FORLENZA

ROBERT JOSEPH FORLENZA; and
LISA ANN FORLENZA,

   Appellants,

v.

ANN LAGEOSE,

   Appellee.

## ORDER

THIS MATTER comes before the Court on the Appellants' Unopposed Motion to Dismiss Appeal (docket #22), filed August 12, 2009.  In the motion, the Appellants indicate that they filed a new voluntary petition under Chapter 13.  Thus, the issues raised in the instant appeal are now moot.  The Appellants further state that the Appellee has no objection to the dismissal of the appeal.  Therefore, I find that the motion should be granted and the appeal dismissed.  Accordingly, it is

ORDERED that the Appellants' Unopposed Motion to Dismiss Appeal (docket #22), filed August 12, 2009, is **GRANTED**, and the appeal is **DISMISSED WITH PREJUDICE.**

Dated: August 13, 2009

             BY THE COURT:

             <u>s/ Wiley Y. Daniel</u>
             Wiley Y. Daniel
             Chief United States District Judge